JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS D. ARNOLD,<br><br>Petitioner,<br><br>v.<br><br>B. LAMMER, Complex Warden, et al.<br><br>Respondents. | Case No. CV 22-3894 DMG (PVC)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice for lack of jurisdiction.

DATED: December 15, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE